UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOEL SALCEDO,<br><br>        Defendant. | Case No. 16-cr-00382-HSG-5<br><br>**ORDER RE: FINAL JURY INSTRUCTIONS** |

Attached are the final jury instructions the Court intends to give. The final jury instructions are based on the parties' revised joint proposed jury instructions, which track the Ninth Circuit's Model Criminal Jury Instructions. *See* Dkt. No. 875. The Court has removed the parties' Stipulated Instructions Nos. 21 (Defendant's Decision to Testify) and 31 (Impeachment, Prior Conviction of Defendant) to accurately reflect the trial proceedings.

Any party with objections to the proposed final jury instructions is **DIRECTED** to file a statement setting forth its objections no later than May 27, 2019 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: 5/24/2019

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge