KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)
Email: karenlandau@karenlandau.com

Attorney for Joel Salcedo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-16-382-HSG |
| | Northern California |
| Plaintiff-Appellee, | |
| | ~~PROPOSED~~ ORDER |
| JOEL SALCEDO. | |
| Defendant-Appellant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that attorney Karen L. Landau be given access to an unredacted copy of the transcripts in this case. Access shall be provided either by court reporter Pamela Batalo-Hebel or the Clerk of the Court.

Dated: 4/22/2020

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge